# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19 CV 131

| | |
|---|---|
| LONNIE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MIND YOUR BUSINESS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 18) filed by Ruth M. Allen. The Motion indicates that Ms. Allen, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Sergei Lemberg, who the Motion represents as being a member in good standing of the Bar of the Supreme Court of Connecticut. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 18) and **ADMITS** Sergei Lemberg to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 13, 2019

W. Carleton Metcalf
United States Magistrate Judge