UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-131-MOC-WCM

| | |
|---|---|
| **LONNIE JOHNSON,** | ) |
| Plaintiff, | ) ) |
| Vs. | ) ) ORDER |
| **MIND YOUR OWN BUSINESS, INC.,** | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the court on Defendant's Motion to Enforce Settlement Agreement. (Doc. No. 26).

The motion will be held in abeyance pending submission by Plaintiff, **within fourteen days of this Order**, of Plaintiff's signed copy of the agreed-upon Settlement and Release at issue in this matter. Until the Court receives Plaintiff's signature, the Court declines to issue an order granting the pending motion.

Signed: November 26, 2019

Max O. Cogburn Jr.
United States District Judge