UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-131-MOC-WCM

| | | |
|---|---|---|
| **LONNIE JOHNSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MIND YOUR OWN BUSINESS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Plaintiff's Motion to Adjourn Hearing (Doc. No. 30), and on a Motion to Withdraw as Attorney, filed by Plaintiff's counsel Sergei Lemberg. (Doc. No. 31). Plaintiff, through counsel, seeks to continue the hearing in this matter currently scheduled for January 9, 2020.

The Court **DENIES** Plaintiff's Motion to Adjourn Hearing (Doc. No. 30), and the hearing will be held as scheduled on January 9, 2020. The Court will hold the Motion to Withdraw as Attorney in abeyance, and the Court will hear arguments on the motion to withdraw at the hearing.

**IT IS SO ORDERED.**

Signed: January 3, 2020

Max O. Cogburn Jr.
United States District Judge