# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### DOCKET NO: 1:19-CV-00131-MOC-WCM

| | |
|---|---|
| LONNIE JOHNSON, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )     **ORDER** <br>) |
| MIND YOUR BUSINESS, INC., | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Counsel's Motion for Leave to Attend Hearing on Motion for Settlement Enforcement by Telephone (#33). Having considered the matter, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Counsel's Motion for Leave to Attend Hearing on Motion for Settlement Enforcement by Telephone (#33) is **GRANTED**, and Plaintiff's Counsel is hereby granted leave to appear by telephone at the hearing set for January 9, 2020 at 10:00 a.m. in the above-captioned matter.

Signed: January 7, 2020

Max O. Cogburn Jr.
United States District Judge